# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BARBARA PRICE**                                                                            **PLAINTIFF**

**V.**                     **CASE No. 5:17-CV-00026-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 5th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE